911 A.2d 918

**Robert S. BARNHART II, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 22, 2006.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is **AFFIRMED.**